## UNITED STATES *versus* JOHN S. LANGHAM, SHUBAEL CONANT, AND JAMES McCLOSKEY.

JOURNAL ENTRIES: (1) Oct. 10, 1823: recognizance, jury trial; (2) Oct. 11, 1823: disagreement reported, jury dismissed; (3) Oct. 12, 1824: motion that jury be impaneled by ballot instead of in order of names overruled, juror excused, jury impaneled; (4) Oct. 13, 1824: verdict for plaintiff; (5) Oct. 14, 1824: motion for new trial; (6) Nov. 28, 1825: motion for judgment on verdict; (7) Oct. 28, 1826: continued; (8) Dec. 6, 1828: proceedings ordered certified to Circuit Court of Ohio district.

PAPERS IN FILE (1823–25): (1) Precipe for capias; (2) capias and return; (3) declaration, craver of oyer, oyer, plea of performance; (4) replication; (5) rejoinder; (6) motion to impanel jury by ballot; (7) verdict; (8) reasons for new trial; (9–17) affidavits in support of motion for new trial; (18) motion for judgment on verdict; (19) draft of journal entry.
*File No. . . . .*